UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALINDA VALENCIA-CHAVEZ,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>Defendants. | Case No.  26-cv-05438-RFL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is **REFERRED** to the Honorable Araceli Martínez-Olguín for consideration of whether the case is related to *Valencia-Chavez v. Wells Fargo Bank, N.A.*, 25-cv-10600-AMO.

**IT IS SO ORDERED.**

Dated: June 25, 2026

RITA F. LIN
United States District Judge